## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    VERONICA VERONA PREVOST,    :    Chapter 13
:
Debtor    :    Bky. No.  22-12828 ELF

### O R D E R

AND NOW, the Debtor having filed the above bankruptcy case in this court on **October 21, 2022**;

AND, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

AND, the Debtor having recently filed a prior bankruptcy case in this court on **August 19, 2022**, docketed at Bky. No. 22-12175"the Prior Case");

AND, the Prior Case also having been dismissed by the court on **September 6, 2022** due to the Debtor's failure to comply with the credit counseling requirement, see 11 U.S.C. §109(h) (and the Prior Case also having been subject to dismissal for the Debtor's failure to file the required schedules and statements);

AND, in the present case, the Debtor again having filed her petition without complying with the credit counseling requirement (but having filed a Certification of Exigent Circumstances althought the Certification, on its face, lacks merit);

AND, as a result of the foregoing history of two (2) cases, both filed close in time and both dismissed, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith;

It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

-1-

2. The court retains jurisdiction in this case and a hearing is scheduled on **Dec. 6, 2022, at 1:00 p.m.**, at which time the court will consider whether an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**.

3. Pending the conclusion of the above hearing, the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

**Date:  November 9, 2022**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:     Veronica Verona Prevost
        948 Church Lane
        Yeadon, PA 19050